No. 105. WALLACE *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William B. Mahony* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Paul R. Russell* for the United States.

No. 107. SMITH, STATE AUDITOR, *v.* AMERICAN BRIDGE Co. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Roy McKittrick,* Attorney General of Missouri, and *Tyre W. Burton* for petitioner. *Mr. Walter R. Mayne* for respondent.

No. 108. STRICKLAND ET AL. *v.* HUMBLE OIL & REFINING Co. ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Walter F. Brown* and *Oliver C. Hancock* for petitioners. *Messrs. Wm. A. Vinson, J. C. Wilhoit,* and *R. E. Seagler* for respondents.

No. 109. ZIMBERG ET AL. *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Thomas H. Mahony* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl, William Strong,* and *Walter J. Cummings, Jr.* for the United States.

No. 113. ROTH ET AL. *v.* HYER ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Ap-